IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr3450-JCG

PATRICIA MARIA LEAVENS  21 U.S.C. § 846

**The Grand Jury charges:**

That from sometime as early as 2011 through August 2013, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **PATRICIA MARIA LEAVENS**, did knowingly conspire with others both known and unknown to the Grand Jury, to distribute and dispense controlled substances outside the scope of professional practice, to wit hydrocodone, a Schedule III narcotic drug controlled substance, and Alprazolam, a Schedule IV non-narcotic controlled substance as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 3rd day of February, 2015.

UNITED STATES MAGISTRATE JUDGE