IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 1:15cr3HSO-JCG

PATRICIA MARIA LEAVENS

## MOTION AND ORDER TO UNSEAL

COMES NOW, the United States, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court UNSEAL the Indictment and this case.

Respectfully submitted,

GREGORY K. DAVIS
UNITED STATES ATTORNEY

By: _____
JOHN A. MEYNARDIE
Assistant U.S. Attorney
MSB No. 9912

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that upon request of United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 25 day of FEB, 2015.

_____
UNITED STATES MAGISTRATE JUDGE